# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIME MALDONADO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 22-36 |

## JUDGMENT ORDER

**AND NOW**, this 16th day of December, 2022, in accordance with the Opinion filed by the undersigned on this date, it is hereby ORDERED that Plaintiff's Request for Review is GRANTED IN PART and the matter remanded to the Agency to seek Maldonado's therapy notes from the relevant period, and to consider the third-party submissions.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE